1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 CHARLES GREENE,                    Case No. CV 13-04500 SS

12          Plaintiff,

13     v.                            **JUDGMENT**

14 CAROLYN W. COLVIN Commissioner
   of the Social Security
15 Administration,

16          Defendant.

17

18

19     IT IS ADJUDGED that the decision of the Commissioner is

20 AFFIRMED and that the above-captioned action is dismissed with

21 prejudice.

22

23 DATED:  June 6, 2014

24                                        _____
                                                      /S/
25                                        SUZANNE H. SEGAL
                                          UNITED STATES MAGISTRATE JUDGE

26

27

28